Case 2:25-cv-04108-EP   Document 6   Filed 05/29/25   Page 1 of 1 PageID: 34



**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | |
|---|---|
| ALINA HABBA<br>UNITED STATES ATTORNEY<br><br>*Matthew J. Mailloux*<br>*Assistant United States Attorney* | *970 Broad Street, Suite 700*   main: (973) 645-2700<br>*Newark, NJ 07102*         direct:(973) 645-2837<br>matthew.mailloux@usdoj.gov |

May 27, 2025

**By ECF**
The Hon. Evelyn Padin
United States District Judge
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street, room 4015
Newark, NJ 07101

      Re:   *Tadros v. Noem, et al.*, No. 2:25-cv-04108-EP
            <u>Request for 3-Day Extension of Answer Deadline, on Consent</u>

Dear Judge Padin:

      This Office represents the Defendants in this habeas corpus action brought by Petitioner Karem Tadros. I respectfully write on behalf of the Defendants to request a three-day extension of their deadline to answer or respond to the Petition. Counsel for Petitioner consents to this request.

      Petitioner brings this action concerning his potential removal and deferral of removal to Egypt. Counsel for the parties have been conferring to determine if a non-judicial resolution of this matter is possible and do not anticipate being able to make that determination by the current May 27, 2025 deadline for Defendants to answer or respond to the Petition. *See* ECF No. 2. ==Accordingly, with Plaintiff's counsel's consent, Defendants respectfully request a three-day extension of their deadline to answer or respond to the Petition by May 30, 2025==. We thank the Court for its consideration of these requests.

                                        Respectfully submitted,

                                          ALINA HABBA
                                          United States Attorney

SO ORDERED

   *s/Evelyn Padin*
Evelyn Padin, U.S.D.J.

Date: 5/29/2025

                         By:   <u>*s/ Matthew J. Mailloux*</u>
                                 MATTHEW J. MAILLOUX
                                 Assistant United States Attorney

cc:    All Counsel of Record (By ECF)