<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KAREM TADROS, <br><br>     Petitioner, <br><br>     v. <br><br> KRISTI NOEM, *et al.*, <br><br>     Respondents | No. 25cv4108 (EP) <br><br> **PETITION FOR WRIT OF HABEAS CORPUS AD SUBJICIENDUM** |

**PADIN, District Judge.**

    This matter is a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, filed to challenge the legality of Petitioner Karem Tadros's ("Petitioner") detention. Petitioner is held by Immigration and Customs Enforcement pursuant to 8 U.S.C. §§ 1231(a)(1), (2), (6). Petitioner is now confined at the Elizabeth Contract Detention Facility in Elizbeth, NJ (the "Detaining Facility").

    **IT IS**, on the 13th day of June 2025,

    **ORDERED** that the Clerk of Court shall add the Immigration and Customs Enforcement Supervisory Detention and Deportation Officer, Alexander Cabezas, of the Detaining Facility, as a Respondent in this matter; and it is further

    **ORDERED** that Alexander Cabezas of the Detaining Facility is hereby **COMMANDED** to produce Petitioner before this Court for an in-person hearing before the Honorable Evelyn Padin, U.S. District Judge, on June 17, 2025, at 8:00 AM for a hearing in the above-captioned case; and it further

    **ORDERED** that Respondents shall coordinate and assist in the production of Petitioner before this Court for the hearing above; and it is further

**ORDERED** that the United States Marshal Service for the District of New Jersey is authorized to receive Petitioner into possession to have Petitioner before the United States District Judge at the time and place aforesaid, for the purpose aforesaid.

DATED: June 13, 2025

Evelyn Padin, U.S.D.J.